IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, NOT DEAD YET, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>Plaintiffs,<br><br>v.<br><br>THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>Defendants. | Case No. ______________ |

**<u>PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER</u>**

Plaintiffs Brooklyn Center for Independence of the Disabled, José Hernandez, Anita Cameron, Self-Initiated Living Options, Inc., Independent Living Center of the Hudson Valley, Regional Center for Independent Living, Not Dead Yet, United Spinal Association, Not Dead Yet, National Council on Independent Living, and Institute for Patients' Rights (collectively,

"Plaintiffs"), by and through their undersigned counsel, hereby move pursuant to Federal Rule of Civil Procedure 65, for the entry of a Temporary Restraining Order in the form submitted herewith, enjoining Defendants from further implementing and enforcing New York's Medical Aid in Dying Act, N.Y. Public Health Law § 2899-d, *et seq.* A memorandum of law and supporting declarations are filed concurrently with this motion and incorporated herein. A proposed order setting forth the requested relief is attached hereto.

Dated: New York, New York
June 11, 2026

**ROSEN BIEN GALVAN & GRUNFELD LLP**

Michael W. Bien*
Ernest Galvan*
101 Mission Street, Sixth Floor
San Francisco, California 94105-1738
Phone: (415) 433-6830
Email: mbien@rbgg.com | egalvan@rbgg.com

**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila
Jeffrey M. Greilsheimer
600 Third Avenue, 2d Floor
New York, New York 10016
Phone: (302) 257-2025
Fax: (302) 257-2019
Email tk@hfk.law | jg@hfk.law

-and-

William E. Green, Jr.*
Timothy S. Spangler, III*
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 257-2011
Email: wg@hfk.law | ts@hfk.law

*Attorneys for Plaintiffs*

*Motion for Admission *pro hac vice* to be filed