IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, NOT DEAD YET, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,

Plaintiffs,

v.

THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,

Defendants.

Case No. ______________

**[PROPOSED] TEMPORARY RESTRAINING ORDER**

Upon review of the Complaint of Plaintiffs Brooklyn Center for Independence of the Disabled, José Hernandez, Anita Cameron, Self-Initiated Living Options, Inc., Independent Living Center of the Hudson Valley, Regional Center for Independent Living, Not Dead Yet, United Spinal Association, Not Dead Yet, National Council on Independent Living, and Institute

for Patients' Rights (collectively, "Plaintiffs"), the memorandum of law submitted in support of this Order, and the accompanying declarations annexed thereto, and, and for good cause shown,

**IT IS HEREBY ORDERED** this _____ day of ________ 2026, as follows:

1. The Motion is **GRANTED**;

2. Defendants Governor Kathy Hochul, New York State Department of Health, Commissioner James V. McDonald, M.D. of the New York State Department of Health, New York State Board for Medicine, Chair Amit M. Shelat, D.O. of the New York State Board for Medicine, New York State Office of Mental Health, Commissioner Ann Marie T. Sullivan, M.D. of the New York State Office of Mental Health (collectively, "Defendants"), and all those acting in concert with Defendants, are immediately enjoined from further implementing and enforcing New York's Medical Aid in Dying Act, N.Y. Public Health Law § 2899-d, *et seq.*

3. Defendants are directed to respond to the Complaint on or before _________________, 2026.

4. The Court hereby sets this matter for a hearing on Plaintiffs' request for a preliminary injunction (the "P.I. Hearing") on ______________________, 2026; and

5. The parties are granted leave to conduct discovery on an expedited basis in advance of the P.I. Hearing.

**IT IS SO ORDERED.**

____________________________________
J.