IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, *et al.*,

*Plaintiffs*,

v.

THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, *et al.*,

*Defendants*.

Case No. ____________

**DECLARATION OF JOSEPH DELGADO, CHIEF EXECUTIVE OFFICER OF SELF-INITIATED LIVING OPTIONS, INC. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

JOSEPH DELGADO, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age and am otherwise competent to make this Declaration. I am submitting this Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order in the above-captioned litigation. The evidence set out in the following Declaration is based on my own personal knowledge.

2. I am the Chief Executive Officer of Self-Initiated Living Options, Inc., a Plaintiff in the above-captioned matter.

3. Self-Initiated Living Options, Inc. ("SILO") is a cross-disability, grassroots organization run by and for people with disabilities. SILO works to advance independent living and the rights of people with disabilities. SILO is a member organization of the National Council on Independent Living, which is also a Plaintiff in this case. SILO serves all age groups and currently has around 20,000 active clients in the State of New York.

4. SILO began in 1986 to serve Suffolk County, New York, and has one office in Medford, New York.

5. SILO's core business activities include independent life training services, transitional support, housing support services, technology-related assistance for individuals with disabilities, and assistance with the New York Connect Program, which connects people with long-term services. Additionally, SILO has an emergency food pantry that provides nutritionally-balanced food for short-term needs and assists persons with applying for benefits and identifying local food pantries. Key among SILO's core business activities is helping its clients navigate the complex state and federal systems which are supposed to provide aid.

6. The Medical Aid in Dying Act (the "Act") will harm SILO's ability to engage in its core business activities because passage impedes SILO's core mission of protecting persons with disabilities from involuntary withholding of life-sustaining medical treatment and medical rationing, ensuring that persons with disabilities receive equal protection of the law in cases of homicides of persons with disabilities, and protecting persons with disabilities from the expansion of assisted suicide schemes to additional jurisdictions and the removal of the few safeguards provided in existing schemes. Additionally, SILO will need to hire additional individuals to navigate the new complexities caused by the Act. SILO has already started diverting resources to navigate the Act by educating people about the Act.

7. SILO faces daily challenges with serving its clientele. The harm posed by the Act is a direct threat its core business activities. The threat posed is not from a mere diversion of resources; it is an existential threat to SILO and SILO's clientele. A system that steers people towards assisted suicide is a danger to SILO and its clientele.

8. As a result of being perceived and labeled as terminally ill by their medical care providers, some of SILO's clients will qualify for assisted suicide under the Act and are particularly vulnerable to being steered towards assisted suicide in a state of despair or depression. Upon information and belief, SILO clients in New York have discussed and considered accessing lethal medications and/or committing suicide by means of the Act. The Act places SILO's clients at risk of dying by offering the option of assisted suicide during a period of treatable depression and difficulty. SILO brings this action on behalf of its clients because the interests at stake are germane to SILO's purpose of empowering and advocating for persons with disabilities to obtain greater independence and a higher quality of life.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 01, 2026.

Joseph Delgado
Chief Executive Officer,
Self-Initiated Living Options, Inc.