IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, *et al.*,

*Plaintiffs*,

v.

THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, *et al.*,

*Defendants*.

Case No. ____________

**DECLARATION OF BRUCE DARLING, PRESIDENT AND CHIEF EXECUTIVE OFFICER OF REGIONAL CENTER FOR INDEPENDENT LIVING, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

BRUCE DARLING, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age and am otherwise competent to make this Declaration. I am submitting this Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order in the above-captioned litigation. The evidence set out in the following Declaration is based on my own personal knowledge.

2. I am the President and Chief Executive Officer of the Regional Center for Independent Living, a Plaintiff in the above-captioned matter.

3. The Regional Center for Independent Living ("RCIL") is a cross-disability, grassroots membership organization run by and for people with disabilities. RCIL works to advance independent living and the rights of people with disabilities. RCIL serves people with disabilities of any age and currently has an active membership of over 5,000 people with disabilities.

4. RCIL was founded in 1966 to advance the rights of people with disabilities in Rochester, New York. It became one of the first federally-funded Centers for Independent Living and today has offices in Geneva and Rochester, New York.

5. RCIL's core business activities include information and referral services, peer services, independent living services, transitional support, individual advocacy, loans of adaptive technology and durable medical equipment, employment-related services, and other services to support persons with disabilities.

6. The passage of the Medical Aid in Dying Act (the "Act") is already harming RCIL's ability to engage in its core business activities. The Act's passage impedes RCIL's core business activities of: (i) protecting persons with disabilities from involuntary withholding of life-sustaining medical treatment and medical rationing; (ii) ensuring that persons with disabilities receive equal protection of the law in cases of homicides of persons with disabilities; (iii) protecting persons with disabilities from the expansion of assisted suicide schemes; and (iv) ensuring that the few safeguards provided in existing schemes remain in place. Specifically, RCIL's core business activities have been derailed because, instead of engaging in its core business activities, RCIL must address and counteract concerns about assisted suicide in New York. RCIL has done this by producing educational materials, supporting peer counseling and helping establish the Live On Campaign, which counteracts the insidious message that disabled people should simply "give up." The Live On Campaign costs more than $100,000.

7. RCIL's harm to its core business activities is not a mere diversion of resources; it is an existential threat to RCIL and its members.

8. As a result of being perceived and labeled as terminally ill by their medical care providers, some of RCIL's members will qualify for assisted suicide under the Act and are

particularly vulnerable to being steered towards assisted suicide in a state of despair or depression. Upon information and belief, RCIL members in New York have discussed and considered accessing lethal medications and/or committing suicide by means of the Act. The Act places RCIL's members at risk of dying by offering the option of assisted suicide during a period of treatable depression and difficulty. RCIL brings this action on behalf of its members because the interests at stake are germane to RCIL's purpose of empowering and advocating for persons with disabilities to obtain greater independence and a higher quality of life. Specifically, Anita Cameron, a co-Plaintiff in this litigation, is a member of RCIL who qualifies under the Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026.

Bruce Darling
President and Chief Executive Officer,
Regional Center for Independent Living