IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, *et al.*,

*Plaintiffs*,

v.

THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, *et al.*,

*Defendants*.

Case No. ____________

**DECLARATION OF IAN MCINTOSH, EXECUTIVE DIRECTOR OF PLAINTIFF NOT DEAD YET, IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

IAN MCINTOSH, pursuant to 28 U.S.C. § 1746 hereby declares as follows:

1. I am over 18 years of age and am otherwise competent to make this Declaration. I am submitting this Declaration in Support of Plaintiffs' Motion for Temporary Restraining Order in the above-captioned litigation. The evidence set out in the following Declaration is based on my own personal knowledge.

2. I am the Executive Director of Not Dead Yet ("NDY"), a Plaintiff in the above-captioned matter.

3. NDY is a national disability rights organization formed in 1996 to articulate and organize the disability rights opposition to the legalization of assisted suicide, to oppose public policies that allow the involuntary withholding of life-sustaining medical treatment, and to advocate for equal protection of the law in cases of homicides of persons with disabilities. NDY is headquartered in Rochester, New York and operates under the fiscal sponsorship of The Center

for Disability Rights, Inc., a non-profit, community-based advocacy and service organization for people with all types of disabilities.

4. NDY is active in the State of New York. Specifically, NDY engages in training, community organizing, legislative meetings, and providing testimony on the impact of physician-assisted suicide. Over the last year, NDY has been actively engaged in outreach, conveying disability rights perspectives on topics related to assisted suicide and the medical ethics associated with it. NDY opposed assisted suicide laws or expansion bills through training, community organizing, legislative meetings, testimony, direct action, and court efforts in 15 states (California, Connecticut, Hawaii, Massachusetts, Maryland, Minnesota, Montana, New Hampshire, Nevada, New York, Oregon, Rhode Island, Vermont, Washington, and Delaware).

5. NDY also provides input to policymakers in a variety of contexts, such as commenting on proposed regulations, urging appropriate action by public or private decision-makers, agencies, governmental or quasi-governmental bodies, and joining in policy letters with other disability rights organizations.

6. NDY's core business activities include advancing the rights of people with disabilities to live free from pressure from a medical care system grounded in the misconception that people with disabilities are leading lives that are not worth living. Its work includes ensuring that the withholding or withdrawal of life-sustaining medical treatment is truly voluntary and based on informed consent with meaningful alternatives, including long-term services and supports to live in the community; opposing futility policies involving unilateral or involuntary health care provider decisions to withhold or withdraw life-sustaining medical treatment; and advocating for equal protection of the law in homicide cases when the victim is old, ill, or disabled.

7. The passage of the Medical Aid in Dying Act (the "Act") is already harming NDY's ability to engage in its core business activities because passage impedes NDY's core mission of protecting persons with disabilities from involuntary withholding of life-sustaining medical treatment and medical rationing based on policies such as Quality Adjusted Life Years ("QALY"), ensuring that persons with disabilities receive equal protection of the law in cases of homicides of persons with disabilities, and protecting persons with disabilities from the expansion of assisted suicide schemes to additional jurisdictions and the removal of the few safeguards provided in existing schemes. NDY engages in direct actions and media/public education campaigns to bring public attention to the struggle to stop the legalization of assisted suicide, involuntary denial of life-sustaining treatment, and to advocate for equal protection of the law for old, ill, and disabled people.

8. The Act harms NDY's core business activities by exposing persons with disabilities to a State-sponsored system of premature death by suicide, exclusively for persons with disabilities, in the case of so-called "terminal" disabilities, including such treatable problems as eating disorders.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __, 2026.

Signed by:
BC7EA7B37E0C424

Ian McIntosh
Executive Director, Not Dead Yet