**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, UNITED SPINAL ASSOCIATION, NOT DEAD YET, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>*Plaintiffs,*<br><br>v.<br><br>THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>*Defendants.* | Case No. 1:26-cv-03492 |

**<u>DECLARATION OF IRIS DUDMAN</u>**

I, Iris Dudman, declare and state:

1. I am over 18 years of age and am otherwise competent to make this declaration based on my personal knowledge of the subject matter contained herein and, if called as a witness, could and would competently testify to each of the following facts.

2. I am 76 years old and a New York resident. I was diagnosed with a recurrence of glioblastoma in November 2025. Glioblastoma is a highly aggressive, incurable brain cancer. Surgery, radiation, and chemotherapy can ease my symptoms and slow the growth of the cancer but cannot cure me. Although I am part of a highly experimental drug trial, I likely only have months, not years, left to live.

3. I have lived in Hastings-On-Hudson for the past 40 years. I am married and have two grown children. I retired in 2017 after a career working for public radio, local news stations, and finally Consumer Reports, where I worked in their video news department for 25 years. During my retirement, I have been an active volunteer, gardener, and community member.

4. Prior to my glioblastoma diagnosis, I was an otherwise healthy and active 74-year-old. In November 2024, my eye doctor noticed a loss of my peripheral vision during a routine eye exam. Two days later, after an emergency MRI and consultation with a neurosurgeon, I underwent my first brain surgery. I began chemotherapy and radiation treatments and wore a device on my head 24 hours a day to prevent the regrowth of the glioblastoma.

5. Unfortunately, the glioblastoma returned in December 2025. Since then, I have had a second brain surgery, entered an experimental drug trial, and undergone frequent MRIs. A third tumor was discovered on May 14, 2026. I take a strictly timed regimen of medicines and work with a physical therapist to help manage my symptoms. I have regained the ability to walk unassisted, but I still cannot do certain tasks like garden, which is a huge loss for me.

6. I do not want to die, but I know that my death, hastened by my current condition, is unavoidable.

7. In what are likely the last few months of my life, I am focusing my time and energy on the things that are most important to me, and that includes advocating for New York's Medical Aid in Dying Act ("MAID Act").

8. I witnessed both of my parents suffer drawn-out deaths. My uncle, by contrast, had advanced lung cancer and was in severe pain but experienced a peaceful death in Oregon via medical aid in dying many years ago.

9. Because of my uncle's positive experience with medical aid in dying, and to avoid the painful suffering my parents experienced, I was excited to volunteer on the campaign to support the MAID Act. I strongly believe that New Yorkers like myself should have access to medical aid in dying as a healthcare option if they qualify.

10. I have looked into traveling to Vermont to access medical aid in dying there, but the process of qualifying in Vermont, arranging for a place to die, and traveling while at the end of life is arduous. Time is a very finite resource for me these days, and I do not want to spend the time and energy I have left making arrangements to die far from my beloved home.

11. I know that with my illness, as with many other life-shortening diagnoses, I will not know how fast the end will come or when I may want to access the option of medical aid in dying. But I want the option to die at home, and when I die, I want to be able to look out my windows at the trees I look at every day, and to be surrounded by family and loved ones.

12. Since the discovery of the glioblastoma, I have found an increasing appreciation of the beauty and joy life has to offer. I realize how much people love me and how much I love them. I tell people what they mean to me and that I love them, and people continue to contact me

to share with me what I mean to them. I have had the privilege of participating in meaningful conversations with people from all parts of my life that make me feel valued, appreciated, and loved. I take great pleasure in almost anything now—even simply looking at beautiful things.

13. Over the last three years, I have spent lots of time writing letters to the editor, calling my representatives' offices, and testifying before the State legislature in support of the MAID Act.

14. I hope to continue to use my voice and my story to advocate for the MAID Act, not only so that it is available to me if and when I choose to use it, but also that it is available to other mentally competent adults who have six months or less to live and the ability to self-administer the medication.

15. I feel strongly that medical aid in dying as set out in the MAID Act should be one of several end-of-life healthcare options a qualified terminally-ill person can utilize in conjunction with other end-of-life options, such as hospice and palliative care. When my glioblastoma progresses to its final stages and my death is imminent, I want the option to access medical aid in dying in my home state of New York. I do not want the MAID Act to be enjoined because it would deprive me of this important healthcare option if and when I am eligible

16. Based on my understanding of the MAID Act, my glioblastoma does not automatically or presumptively qualify me for medical aid in dying. I know that I will need to have a terminal prognosis of six months in order to access medical aid in dying. I also understand that the MAID Act contains explicit language preventing me from qualifying for medical aid in dying based solely on age or disability.

17. I do not fear that I will be coerced into using the MAID Act. Multiple safeguards are built into the law. My decision to pursue medical aid in dying in the final months of my life

would be entirely voluntary and my decision alone. I have experienced an increased sense of peace since the Act was signed into law in February 2026, knowing that I will be able to access this healthcare option and have the medication available to me, even if I ultimately decide not to use it. The knowledge that the MAID Act allows me the option to control the manner and timing of my inevitable death from glioblastoma has given me the freedom to fully live my life without fear of death and the dying process.

18. I am deeply concerned that this lawsuit could take an important healthcare option away from me.

19. If the MAID Act does not go into effect as planned in August 2026, the thoughtful and emotional end-of-life planning I have discussed with my medical team and my family will be compromised. I will again become more focused on the uncertainties of my death than the joy of living whatever time I have left to the fullest. I am worried that the option of medical aid in dying will not be available for me if or when I choose to use it.

20. Terminally ill New Yorkers like me should not have to feel powerless and without access to a full range of safe healthcare options. Blocking access to medical aid in dying will deprive me and many like me of our autonomy and ability to make our own end-of-life decisions in accordance with our values, morals, and beliefs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed by me on this 21 day of May, 2026.

Signed by:
Iris Dudman
77502D01D524429...
Iris Dudman
5/21/2026