**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, UNITED SPINAL ASSOCIATION, NOT DEAD YET, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>*Defendants*. | Case No. 1:26-cv-03492-OEM-JAM |

**DECLARATION OF RYAN CHABOT IN SUPPORT OF MOTION TO INTERVENE AS DEFENDANTS OF JEREMY BOAL, IRIS DUDMAN, STACEY GIBSON, ANNE GURNETT BANDER, NANCY MURPHY, AND BENNY POLLAK**

I, Ryan Chabot, declare as follows:

1. I am an attorney admitted to practice before this Court, a member of the New York and New Jersey State Bars, a partner of the law firm Wilmer Cutler Pickering Hale and Dorr LLP,

and counsel of record for Dr. Jeremy Boal, Iris Dudman, Stacey Gibson, Dr. Anne Gurnett Bander, Nancy Murphy, and Benny Pollak ("Proposed Intervenors").

2. I submit this declaration in support of Proposed Intervenors' Motion to Intervene as Defendants. I have personal knowledge of the matters set forth in this declaration and, if called upon, could testify competently thereto.

3. Attached as Exhibit A is a true and correct copy of the Proposed Brief of Intervenors in Opposition to Plaintiffs' Motion for a Preliminary Injunction.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2026 at New York, NY.

/s/Ryan Chabot
Ryan Chabot