UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED et al.,

Plaintiffs,

v.

KATHY HOCHUL, *in her official capacity as Governor of the State of New York, et al.,*

Defendants,
---------------------------------------------------------------X

JUDGMENT

26-CV-03492 (OEM) (JAM)

A Memorandum and Order of the Honorable Orelia E. Merchant, United States District Judge, having been filed on July 30, 2026, dismissing this action without prejudice; granting Defendants' motion to dismiss pursuant to Rule 12(b)(1); denying Plaintiffs' motion for a preliminary injunction and Proposed Intervenors' Motion to Intervene as moot; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Defendants.

Dated: Brooklyn, New York
July 31, 2026

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk