UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, JOSÉ HERNANDEZ, ANITA CAMERON, SELF-INITIATED LIVING OPTIONS, INC., INDEPENDENT LIVING CENTER OF HUDSON VALLEY, REGIONAL CENTER FOR INDEPENDENT LIVING, NOT DEAD YET, UNITED SPINAL ASSOCIATION, NATIONAL COUNCIL ON INDEPENDENT LIVING, and INSTITUTE FOR PATIENTS' RIGHTS,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE HONORABLE KATHY HOCHUL, in her official capacity as Governor of the State of New York, NEW YORK STATE DEPARTMENT OF HEALTH, THE HONORABLE JAMES V. MCDONALD, M.D. in his official capacity as Commissioner of the New York State Department of Health, NEW YORK STATE BOARD FOR MEDICINE, THE HONORABLE AMIT M. SHELAT, D.O. in his official capacity as Chair of the New York State Board for Medicine, NEW YORK STATE OFFICE OF MENTAL HEALTH, THE HONORABLE ANN MARIE T. SULLIVAN, M.D. in her official capacity as Commissioner of the New York State Office of Mental Health,<br><br>*Defendants*. | Case No.1:26-cv-03492-OEM-JAM |

Notice is hereby given that Plaintiffs Brooklyn Center For Independence of the Disabled, José Hernandez, Anita Cameron, Self-Initiated Living Options, Inc., Independent Living Center of Hudson Valley, Regional Center for Independent Living, Not Dead Yet, United Spinal Association, National Council on Independent Living, and Institute For Patients' Rights (collectively, "Plaintiffs") hereby appeal to the United States Court of Appeals for the Second

Circuit from the Memorandum and Order, dated July 30, 2026 (Dkt. 33) and the Judgment, entered July 31, 2026 (Dkt. 34), dismissing Plaintiffs' Complaint (Dkt. 1) pursuant to Fed. R. Civ. P. 12(b)(1).

Dated: New York, New York
August 27, 2026


**HALLORAN FARKAS + KITTILA LLP**

*/s/ Theodore A. Kittila*
Theodore A. Kittila
Jeffrey M. Greilsheimer
600 Third Avenue, 2d Floor
New York, New York 10016
Tel.: (302) 257-2025
Fax: (302) 257-2019
Email: tk@hfk.law | jg@hfk.law

**ROSEN BIEN GALVAN & GRUNFELD LLP**

Ernest J. Galvan
Michael W. Bien
101 Mission Street, Sixth Floor
San Francisco, California 94105
Tel: (415) 433-6830
Fax: (415) 433-7104
Email: egalvan@rbgg.com | mbien@rbgg.com

*Attorneys for Plaintiffs*